1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
   Chief, Civil Division
3  SHARLA CERRA  (CSB #187176)
   Assistant United States Attorney
4        Federal Building Suite 7516
         300 North Los Angeles Street
5        Los Angeles, California
         Tel. 213 894-6117
6        FAX:  213 894-7819
         Email:  Sharla.Cerra@usdoj.gov
7
   Attorneys for Defendant,
8        Commissioner of Social Security

9
10                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
11                        EASTERN DIVISION

12  ANTONIO ZALAZAR,                )   EDCV 06-1248 CW
                                    )
13        Plaintiff,                )
                                    )
14        v.                        )   **JUDGMENT OF REMAND**
                                    )
15  MICHAEL J. ASTRUE, Commissioner )
    of Social Security,             )
16                                  )
          Defendant.                )
17  _____)

18
19        ///
20        ///
21        ///
22        ///
23        ///
24        ///
25        ///
26        ///
27        ///
28        ///

-1-

The Court hereby enters judgment for Plaintiff pursuant to its order of September 28, 2007.

DATED February 27, 2008        _____/S/_____
                                CARLA WOEHRLE
                                UNITED STATES MAGISTRATE JUDGE

Approved as to Form and Substance;

/s/ Young Cho *
Young Cho, Esq.
LAW OFFICES OF LAWRENCE D. ROHLFING
Attorneys for Plaintiff
*Signed by email authority of 2/25/08

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Sharla Cerra

SHARLA CERRA
Assistant United States Attorney
Attorneys for Defendant